# Order

**Lansing, Michigan**

June 3, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151800(37)

CLAM LAKE TOWNSHIP and HARING
CHARTER TOWNSHIP,
        Appellants,

v

DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS / STATE
BOUNDARY COMMISSION, TERIDEE LLC,
and CITY OF CADILLAC,
        Appellees.

SC: 151800
COA: 325350
Wexford CC: 2014-025391-AA

_____/

On order of the Court, the motion for stay is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2016



s0531

        Clerk